**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1028

RALPH L. FULLER,

Plaintiff - Appellant,

versus

SAM CAMUS, d/b/a United States Marshals
Service, Premier Trends; UNITED STATES OF
AMERICA,

Defendants - Appellees,

versus

BRENDA S. HAMILTON, Clerk,

Party in Interest.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, District
Judge. (CA-04-275-7)

Submitted: June 30, 2005            Decided: July 20, 2005

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ralph L. Fuller, Appellant Pro Se. John Weber, III, WEBER PEARSON
P.C., Roanoke, Virginia, Julie C. Dudley, Assistant United States
Attorney, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ralph L. Fuller appeals the district court's orders granting the Government's motion to dismiss Fuller's civil action for lack of jurisdiction and denying his request to amend the court's judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fuller v. Camus, No. CA-04-275-7 (W.D. Va. Oct. 27 and Nov. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -